AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Golce Gligorov | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-1773 |
| Nation of Brunei, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Dorcester Collection and Dorcester Group, LLC                                            .

Date:   02/01/2022                                                        //s// Jason H. Ehrenberg
*Attorney's signature*

Jason H. Ehrenberg / #469077
*Printed name and bar number*
Ehrenberg Legal & Higher Ed Solutions PLLC
5335 Wisconsin Ave, N.W., Suite 440
Washington, D.C. 20015

*Address*

jasopn@ehrenberglegal.com
*E-mail address*

(202) 617-2590
*Telephone number*

(202) 217-4345
*FAX number*