UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOCE GLIGOROV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 21-cv-1773 |
| NATION OF BRUNEI, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ADMISSION PRO HAC VICE OF W. BAKER GERWIG, IV**

Pursuant to Civil Local Rule 83.2(d), Defendants Dorchester Collection and Dorchester Group, LLC move for the admission and appearance of attorney W. Baker Gerwig, IV *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of W. Baker Gerwig, IV, filed herewith. As set forth in Mr. Gerwig's declaration, he is admitted and an active member in good standing of the following bars and courts: State of Tennessee; State of Georgia; United States District Court for the Eastern District of Tennessee. This motion is supported and signed by Jason H. Ehrenberg, an active and sponsoring member of the Bar of this Court.

WHEREFORE, Defendants respectfully requests that the instant Motion be granted.

Dated: February 1, 2022                Respectfully submitted

/s/ *Jason H. Ehrenberg*
Jason H. Ehrenberg (D.D.C. Bar # 469077)
EHRENBERG LEGAL & HIGHER ED
SOLUTIONS PLLC
5335 Wisconsin Ave, N.W., Suite 440
Washington, D.C. 20015
Tel: (202) 617-2590
Fax: (202) 217-4345
Email: jason@ehrenberglegal.com

*Counsel for Defendants Dorchester Collection and Dorchester Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, a copy of the foregoing was served electronically via the Court's ECF electronic filing system on all counsel of record in this case.

>  /s/ Jason H. Ehrenberg
>  Jason H. Ehrenberg