UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOCE GLIGOROV, | ) |
| Plaintiff, | ) |
| v. | ) 21-cv-1773 |
| NATION OF BRUNEI, et al., | ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF ADMISSION PRO HAC VICE OF
W. BAKER GERWIG, IV**

I make the following declaration subject to the penalty of perjury:

1. My name is W. Baker Gerwig, IV.

2. My office address is Stokes Wagner, ALC, One Atlantic Center, Suite 2615, 1201 W. Peachtree Street, NW, Atlanta, Georgia 30309.

3. I am admitted to the following bars and courts:

    State of Tennessee

    State of Georgia

    United States District Court for the Eastern District of Tennessee.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2022

_____
W. Baker Gerwig, IV