# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GOCE GLIGOROV, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 21-cv-1773 |
| NATION OF BRUNEI, et al., | ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

This matter came before the Court on the Defendants Dorchester Collection and Dorchester Group, LLC's ("Defendants") Motion to admit W. Baker Gerwig, IV *pro hac vice*. It is this ____ day of _____, 2022, hereby

**ORDERED**, that Defendants' motion is Granted.

**Hon. Tanya S. Chutkan**
United States District Judge

Copies to:

All counsel of record
*Via ECF*