UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOCE GLIGOROV,<br><br>     Plaintiff,<br><br>v.<br><br>NATION OF BRUNEI, *et al.*,<br><br>     Defendants. | Case No. 21-cv-1773 (TSC)<br>Hon. Judge Tanya S. Chutkan |

**CROSS-MOTION BY PLAINTIFF FOR LEAVE TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY**

For the reasons set forth in the accompanying memorandum of law, Plaintiff Goce Gligorov hereby cross-moves for leave to conduct limited jurisdictional discovery prior to a decision by this Court on the pending motion to dismiss filed by Defendants Audley Property Management Company Limited, The Dorchester Group Ltd., and Seven Properties AG. The information and documents sought by plaintiff from these three defendants is set forth as Exhibit A hereto.

Dated: September 23, 2022

                     Respectfully submitted,

                     McCALLION & ASSOCIATES LLP

                     */s/ Kenneth F. McCallion*

                     _____
                     By: Kenneth F. McCallion (Bar # NY0135)
                     Attorneys for Plaintiff
                     100 Park Avenue – 16th floor
                     New York, New York 10017
                     (646) 366-0884