**Exhibit A: Schedule of Proposed Limited Jurisdictional Discovery Requests**

Plaintiffs proposes to engage in discovery for the following purposes, and the time period for all requests unless otherwise indicated is 2016-2021. Plaintiff demands that Defendants (a) provide information called for in the below requests, and (b) to produce for inspection and copying the documents called for by the requests listed below, in accordance with the instructions and definitions set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court within such time as this Court shall direct to be produced at the offices of Plaintiff's attorneys or at such other location as may be agreed upon by counsel:

1. Information and documents relating to the operations of the Dorchester Group in the United States, including any of its subsidiaries or affiliates, in the United States, including (a) the number of U.S. employees (by year); (b) locations of its bank accounts in the U.S.; (c) identification of any and all hotels and other businesses in the United States in which the Dorchester Group has any financial interest; (d) records of the Dorchester Group reflecting the number of guests who registered at its hotels located in the U.S; (e) registration records of Dorchester hotels of Brunei government guests at its hotels located in the United States; (f) records, including registration records, phone records, emails and/or fax transmissions, relating to any occupancy of rooms in the Dorchester Group hotels in Beverly Hills and Bel Air, California for meetings involving Brunei Government officials, any of the Individual Defendants, and/or representatives of other defendants, including any of the Corporate Defendants, and/or meetings with representatives of the Islamic Jihadist organizations identified in the Second Amended Complaint, including but not limited to meeting(s) held on November 17, 2015, March 5, 2016, November 1 - 31, 2017, and August 2 – 5, 2019 at the Beverly Hills Hotel in Beverly Hills, California, and/or meetings held on June 13, 2018 at the Brunei Embassy in Washington, D.C.

2. Information and documents relating to the operations of the Seven Properties AG in the United States, including (a) the number of U.S. employees (by year); (b) locations of its bank accounts in the U.S.; (c) identification of any and all hotels and other businesses in the United States in which Seven Properties has any direct or indirect financial interest; (d) records of Seven Properties AG or any of its U.S. subsidiaries or affiliates reflecting the number of guests who registered at its hotels or affiliated hotels located in the U.S; (e) registration records of Seven Properties AG or any of its U.S. subsidiaries or affiliates reflecting Brunei government guests located in the United States; (f) records, including phone records, emails and/or fax transmissions, relating to any occupancy of rooms in Seven Properties AG hotels (including its U.S. subsidiaries and affiliates) and/or hotels in the U.S. owned and operated by the Dorchester Group for meetings involving Brunei Government officials, any of the Individual Defendants, representatives of other defendants, including the Corporate Defendants, and/or with representatives of any of the Islamic Jihadist organizations identified in the Second Amended Complaint, including but not limited to meeting(s) held on November 17, 2015, March 5, 2016, November 1 - 31, 2017, and August 2 – 5, 2019 at the Beverly Hills Hotel in Beverly Hills, California, and/or meetings held on June 13, 2018 at the Brunei Embassy in Washington, D.C.

3. Information and documents relating to the operations of the Audley Property Management Company Limited ("Audley") in the United States, including the identification of any and all hotels, properties and other businesses in the United States in which Audley has any direct or indirect financial interest or management responsibility, including (a) the number of U.S. employees (by year); (b) locations of its bank accounts in the U.S.; (c) identification of any and all hotels and other businesses in the United States in which Audley has any direct or indirect financial interest; (d) records of Audley or any of its U.S. subsidiaries or affiliates reflecting the number of guests who registered at its hotels or affiliated hotels located in the U.S; (e) registration records of Audley or any of its U.S. subsidiaries or affiliates reflecting Brunei government guests located in the United States; (f) records reflecting any occupancy of rooms in Audley hotels and/or properties (including its U.S. subsidiaries and affiliates), and/or any hotels located in the U.S. owned and/or operated by the Dorchester Group for meetings involving Brunei Government officials, any of the Individual Defendants, representatives of other defendants, including the Corporate Defendants, and/or with representatives of any Islamic Jihadist organizations identified in the Second Amended Complaint, including but not limited to meeting(s) held on November 17, 2015, March 5, 2016, November 1 - 31, 2017, and August 2 – 5, 2019 at the Beverly Hills Hotel in Beverly Hills, California, and/or meetings held on June 13, 2018 at the Brunei Embassy in Washington, D.C.