## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOCE GLIGOROV,<br><br>*Plaintiff,*<br><br>v.<br><br>NATION OF BRUNEI, *et al.*,<br><br>*Defendants.* | Case No. 21-cv-1773 (TSC)<br>Hon. Judge Tanya S. Chutkan<br><br><br>**DECLARATION OF GOCE GLIGOROV** |

**GOCE GLIGOROV**, hereby declares, pursuant to 28 United States Code, Section 1746 under penalty of perjury under the laws of the United States of America, as follows:

1.      I am the plaintiff in the above-captioned action. I submit this declaration in opposition to the Corporate Defendants motion to dismiss the Complaint, and in support of my cross-motion for limited jurisdictional discovery.

2.      INTERPOL issued a "Blue Notice" regarding me on June 8, 2015. This was done at the request of various Brunei officials, including defendant Yusof Sepiuddin, who was, at all relevant times and upon information and belief, a manager and member of the board of directors of defendant Seven Properties.

3.      The issuance of this Blue Notice seriously damaged my consulting business and business reputation, both in the U.S. and internationally. As set forth in the Second Amended Complaint, I was detained at JFK Airport in Queens, New York on July 10, 2018, and on numerous other occasions, I was detained and questioned for extended periods of time each time I flew in or out of the U.S., which was frequently. This damaged my business since it was difficult or impossible for me to schedule any business meetings on the days that I was travelling by plane, since I would never know how long I would be detained and questioned.

4.      In addition, the Blue Notice and defendants' campaign to destroy my reputation cost me a lucrative consulting contract that I had with Crystal Cruises, which is based in Los Angeles, California, and Norwegian Cruise Lines, which does a great deal of business in the U.S. On May 24, 2016, I had a meeting with representatives of Crystal Cruises in Los Angeles, to discuss the terms of a five-year contract that I would have with that company, with the possibility of extensions after that. The potential value of this contract to me was $15 million USD for the first year. However, approximately one month after this meeting, I was informed by a representative of Crystal Cruises that they had to cancel their contract with me because of "security issues with the INTERPOL system." I had a similar experience with Norwegian Cruise Lines.

5.      After that, I had to stop bidding on contracts with all major U.S. companies, since they always did background checks on their contractors, and it was inevitable that they would become aware of the Blue Notice on file against me.

I hereby declare, pursuant to 28 United States Code, Section 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this  22 day of September, 2022.

_____
GOCE GLIGOROV