## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOCE GLIGOROV,<br><br>        *Plaintiff*,<br><br>v.<br><br>NATION OF BRUNEI, *et al.*,<br><br>        *Defendants*. | Case No. 21-cv-1773 (TSC)<br>Hon. Judge Tanya S. Chutkan<br><br>**DECLARATION OF RONALD DUNNETT** |

**RONALD DUNNETT**, hereby declares, pursuant to 28 United States Code, Section 1746 under penalty of perjury under the laws of the United States of America, as follows:

1.  I am a U.K. citizen and served as a Royal Marine Commando for a period of 11 years. After leaving military service, I worked under contract in Iraq with the U.S. State Department, serving in various capacities, including the position of head of Security and Force Protection in the Iraqi President's Office. I subsequently worked in Afghanistan at the U.S. Embassy, and then worked as Head of Security for a major USAID project in Afghanistan. I have also worked for the U.K Secret Intelligence Service (SIS), better known as MI6, and in coordination with the U.S. CIA.

2.  Over the years, and based on my extensive experience working in the Middle East, I developed numerous contacts and sources with persons who were active in Jihadist terrorist and Islamic non-terrorist organizations. I also developed extensive contacts with individuals and organizations involved in the rescuing of children from sex traffickers around the world, including the network run by Jeffrey Epstein and his associates.

3. I have known the plaintiff, Goce Gligorov, and he has consulted extensively with me with regard to his investigation regarding the money laundering and terrorist financing by Brunei government officials, with the aid and assistance of the corporate defendants in this case.

4. Through various investigative means, including human intelligence sources and undercover agents, I and my associates have been able to identify the dates of various meetings that took place at the Beverly Hills Hotel in California between various Brunei officials and others for the purposes of discussing Brunei's financial assistance to various terrorist organization and money laundering through various corporate bank accounts, as well as the campaign to damage and destroy the plaintiff's reputation and business. In addition, we have recently discovered that at least one of the meetings held at the Beverly Hills Hotel included the late Jeffrey Epstein, and that among the subjects discussed was how to transport under-age females to Brunei for illicit purposes. (See details below).

5. Unfortunately, I was not able to provide plaintiff and his counsel with the specific dates and attendees of the meetings at the Beverly Hills Hotel until September 9, 2022, which I understand is after the date that the Second Amended Complaint was filed. Here is the information that I provided to them:

**Nov 17, 2015**

Meeting LAX Beverly Hills Hotel (Dorchester Group):

Attendees included: Andy Erwan, Pg Hj Jamaluddin (Female ISD) (Ms. Jamaluddin was also present at meetings in Singapore)

**March 5, 2016**

Meeting Beverly Hills Hotel (Dorchester Group)

Attendees included: Mr Zul pcs to Pehin Sifina Yasmin &Rina Sufina who were operators from Brunei Police units.

Topic was to ensure the information held by a Slovenian citizen (Goce Gligorov) did not get into the mainstream media. The project was to target him through Interpol while he was traveling to USA and or Europe to discredit him and his business.

**Nov 2017**

Meeting in LAX Beverly Hills Hotel (Dorchester Group)

Attendees included: PG Dato Zaini, Private Secretary of Pehin Nawawi, Jeffry Epstein

Topics of meeting included the transport of under-age females to Brunei under subterfuge for sexual benefit of senor Brunei Royal family and associates.

**June 13, 2018**

Meeting in Washington. Location:   Brunei Embassy

Attendees included: Minister of foreign affairs of Brunei Dato *(Andy Erwan)* Erywan Yusof

Topic was to allocate funding to Hezbollah Affiliates within the US.

Result: Data received through intel sources calculate approximately 5 million USD was promised to these terrorist organizations and their fronts.

**August 2nd – 5th 2019**

Meeting in LA California. Location: Beverly Hills Hotel

Attendees: Hj Zainal ISD, Hj Sabri Bin Ahmad ISD, Hj Mohammad Bin ? tbc

6. Although it is quite possible (and indeed likely) that the individuals who attended these meeting in the Beverly Hills Hotel may have used false identities, a close review and analysis of the hotel records for these time periods indicated should be able to confirm the meetings in question. This analysis, however, can only be done if the court grants jurisdictional discovery so that copies of the relevant hotel records and other documents requested can be obtained, reviewed and analyzed.

I hereby declare, pursuant to 28 United States Code, Section 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of September, 2022

_____
**RONALD DUNNETT**